**COZEN O'CONNOR**
By:   Christopher C. Young, Esquire
One Newark Center
Suite 1900
1085 Raymond Boulevard
Newark, NJ 07102
(973) 286-1200

Attorneys for Defendants
Mutual Benefit Funding Corp.
and Anthony Paduano

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

SEBRO PACKAGING CORP.,
et al.

     v.

MUTUAL BENEFIT FUNDING CORP.,
and ANTHONY PADUANO, et al.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

No. 05-4967 (JAG)

### NOTICE OF REMOVAL

Defendants Mutual Benefit Funding Corp. and Anthony Paduano hereby remove the above-entitled action from the Superior Court of New Jersey, Law Division, Union County (Docket No. L-003038-05) to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

In further support of this Notice of Removal, Defendants state:

1.      On or about August 23, 2005, Plaintiff commenced a civil action in the Superior Court of New Jersey, Law Division, County of Union entitled *Sebro Packaging Corp., et al. v. Mutual Benefit Funding Corp., et al.,* at docket no. 003038-05.

2.      Defendants received the Complaint on or about September 12, 2005.

3.      A true and correct copy of all process, pleadings, and orders received by Defendants in such action is attached as Exhibit A.

4.      The United States Court for the District of New Jersey has jurisdiction over this case because there is diversity and the amount in controversy exceeds $75,000.00.  The Plaintiffs are citizens of the State of New Jersey and the Defendants are a Nevada corporation with a principal place of business in California and a citizen of California, respectively.

5.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after service of the Complaint on Defendants.

6.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of Court, Superior Court of New Jersey, Law Division, Burlington County and is being served on Plaintiff.

WHEREFORE, Defendants pray that an order be entered that Docket No. 003038-05, of the Superior Court of New Jersey, Law Division, Burlington County be removed to this Court for further proceedings, and that this Court take jurisdiction herein and make such further orders as may be just and proper.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Christopher C. Young, Esq.

Attorneys for Defendants
Mutual Benefit Funding Corp. and
Anthony Paduano

Dated: October 11, 2005

## CERTIFICATE OF SERVICE

I, Christopher C. Young, hereby certify that I have caused to be served a true and correct copy of the foregoing Notice of Removal by Federal Express, this day, October 11, 2005, addressed as follows:

Clerk of Court – Law Division
Superior Court of New Jersey
Union County Courthouse
2 Broad Street
Elizabeth, NJ 07207

and

Robert Blau, Esquire
Blau & Blau
55 Morris Avenue
Springfield, NJ 07081
Attorneys for Plaintiffs

_____
Christopher C. Young

3

Exh. A

Office Address & Tel. No.:    55 Morris Avenue
                                  Springfield, NJ 07081

Attorney(s) for Plaintiff(s)    973-564-9003

Sebro Packaging Corp, Richard Menfi, Izenberg, A Space Station, Skyl-Tech Inc, Felfman Agency
Appraisal Associates, Lasser Sussman Associates,

Interstate Outdoor Advertising, Action Express, Hendricks

Appraisal Company, James E Hanson Inc, Porzio Heating &

Cooling, McKenna Walker & Capriotti, Lowcher & Mazzei, Schechner

Lifson Corp, Robin Hill, Emmanuel Forlenza Jr, Public

Accountant Inc, Leonard Robinowitz, Prime Appraisal Inc,

Milburn Camera Shop, Livingston Camera Mart, Mercury Appraisal,

Fresh Associates Corp, Wizard Printing, Dr. Seth Hammer, Branching, Learning & Computers Inc

Out, Residential Valuation Specialists, Mark Carelli,

Cooney Bovasso Realty Advisors, Cherokee Realty

Equites, Certified Valuation, Action Fast Print, Bel Air Management,

Art Cast, Gervin Management Vuolo Agency, Mark Lefelt, Fleet Street Ltd, JA Funeral Home

Continental Aero, David A Gerson & Associates, Shannon Zelma, Peter Rychok Agency,

Heller Truck Body Corp, Richard Weisglass, Paragon Appraisal, Saturn Tool & Die Inc,

JSE Media Corp, Sally Bregman, Brocatos Appraisal Service, Greenberg & Co, CBS International,

**PLAINTIFFS**

v. Mutual Benenfit Funding, Anthony Paduano, John Does, ABC Corp, **DEFENDANTS**

From The State of New Jersey

**SUPERIOR COURT OF NEW JERSEY**

**UNION     COUNTY**

**LAW   DIVISION**

:Docket No. L-003038-05

**CIVIL ACTION**

**SUMMONS**

To The Defendant(s) Named Above:

  The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

  If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

  If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

                                        **DONALD F. PHELAN**
                                       Clerk of the Superior Court

DATED: April 05, 2005       Mutual Benefit Funding,

Name of Defendant to be Served:   6 Hutton Center Drive, STE 1245,

Address of Defendant to be Served:  Santa Ana, CA 92707

No.2895   p. 1                        Sep. 12. 2005  3:08PM

Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street., P.O. Box 129
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
EGAL SERVICES
(908) 354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

2 BROAD STREET
ELIZABETH          NJ 07202

COURT TELEPHONE NO. (908) 659-3844          TRACK ASSIGNMENT NOTICE
COURT HOURS

                         DATE:    AUGUST 23, 2005
                         RE:      SEBRO PACKAGING CORP ET AL VS MUTUAL BENEFI
                         DOCKET:  UNN L -003038 05

    THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

    DISCOVERY IS    300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:   HON ROSS R. ANZALDI

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM        002
AT:  (908) 659-4178.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
WITH  R.4:5A-2.

                    ATTENTION:

                              LEARNING & COMPUTERSINC

                                   00000

JUVSODR

Robert D. Blau
Blau & Blau
55 Morris Avenue
Springfield, New Jersey 07081
973-564-9003
Attorney for the Plaintiffs

Sebro Packaging Corp, Richard Menfi,
Izenberg Appraisal Associates, Lasser
Sussman Associates, Interstate Outdoor
Advertising, Action Express, Hendricks
Appraisal Company, James E Hanson Inc,
Porzio Heating & Cooling, Mckenna, Walker
& Capriotti, Lowcher & Mazzei, Schechner
Lifson Corporation, Robin Hill, Emmanuel
Forlenza Jr, Public Accountant Inc, Leonard
Robinowitz, Prime Appraisal Inc, Millburn
Camera Shop, Livingston Camera Mart,
Mercury Appraisal, Fresh Associates Corp,
Wizard Printing, Dr. Seth Hammer,
Branching Out, Residential Valuation
Specialists, Mark Carelli, Cooney Bovaseo
Realty Advisors, Inc, Cherokee Realty
Equities, Certified Valuation, Action Fast
Print, Bel Air Management, Art Cast, Gervin
Management Vuolo Agency, Mark Lefelt,
Continental Aero, David A Gerson &
Associates, Shannon Zelma, Peter Rychok
Agency, Fleet Street Ltd, Heller Heller Truck
Body Corp, Richard Weisglass, Paragon
Appraisal, Saturn Tool & Die Inc, JSE Media
Corporation DBA Minuteman Press, Sally
Bregman, Brocato's Appraisal Service,
Sebro Packaging Corp, Greenberg &
Company, A Space Station, Skyl-Tech Inc,
CBS International, Bederson & Company
LLP, Appraisal Consultants Corp, Preston
Funeral Home, Robin Horneff's Performing
Arts Center, Jacob A Holle Funeral Home,
The Feldman Agency, Learning &
Computers Inc

Plaintiff,

V.

Mutual Benefit Funding,
Anthony Paduano
John Does, (1-10)
And,
ABC Corporations, (1-10)
Acting individually and as a group,

Defendants.

RECEIVED/FILED
Superior Court of New Jersey

AUG 2 3 2005

CIVIL CASE MANAGEMENT
UNION COUNTY

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION

UNION COUNTY

Docket No: UNN-L-3038-05

CIVIL ACTION

COMPLAINT

Plaintiffs, complain:

## THE PARTIES

1. Plaintiff, Sebro Packaging Corp maintains an office located at 262-280 Green Street, South Hackensack, NJ. It maintains a fax machine with a telephone number of 201-646-0990.

2. Plaintiff, Richard J. Menfi maintains an office located at 72 South Maple Avenue, Ridgewood, NJ. Mr. Menfi maintains a fax machine with a telephone number of 201-767-8154.

3. Plaintiff, Izenberg Appraisal Associates maintains an office located at 200 Lanidex Plaza, Parsippany, NJ. It maintains a fax machine with a telephone number of 973-515-4720.

4. Plaintiff, Lasser Sussman Associates maintains an office located at 220 South Orange Avenue, Livingston, New Jersey. It maintains a fax machine with a telephone number 973-535-9811.

5. Plaintiff, Interstate Outdoor Advertising, maintains an office located at 905 N. Kings Highway, Cherry Hill, New Jersey. It maintains a fax machine with a telephone number of 856-482-6195.

6. Plaintiff, Action Express Appraisals, LLC maintains an office located at 60 Mountain Spring Drive, Sparta, NJ. It maintains a fax machine with a telephone number of 973-729-6770.

7. Plaintiff, Hendricks Appraisal Company maintains an office located at Seven Hutton Avenue, West Orange, NJ. It maintains a fax machine with a telephone number of 973-736-2364.

8. Plaintiff, James E. Hanson, Inc. maintains an office located at 235 Moore Street, Hackensack, New Jersey. It maintains a fax machine with a telephone number of 201-488-0246.

9. Plaintiff, Porzio Heating & Cooling maintains an office located at 915 Ringwood Avenue, Haskell, NJ. It maintains a fax machine with a telephone number of 973-831-9852.

10. Plaintiff, Mckenna, Walker & Capriotti maintains an office located at 10 Melrose Avenue, Suite 450, Cherry Hill, NJ. It maintains a fax machine with a telephone number of 856-429-0064.

11. Plaintiff, Lowcher& Mazzei maintain an office located at 151 Route 10 East, Suite 202, Succasunna, NJ. It maintains a fax machine with a telephone number of 973-548-3420.

12. Plaintiff, Schechner Lifson Corporation maintains an office located at 225 Milburn Avenue, Millburn, Nj. Mr. Schechner maintains a fax machine with a telephone number of 973-467-9412.

13. Plaintiff Robin Hill, is a New Jersey company with principal place of business located at 361 Route 31, Flemington, New Jersey, 08822. It maintains a fax machine with a telephone number 908-782-2098.

14. Plaintiff, Emmanuel Forlenza Jr CPA maintains an office located at 24 Franklin Avenue, Nutley, NJ. Mr. Forlenza Jr CPA maintains a fax machine with a telephone number of 973-761-1902.

15. Plaintiff, Public Accountant Inc maintains an office located at 420 Chestnut Street - Suite 9, Union, NJ. It maintains a fax machine with a telephone number of 908-810-8033.

16. Plaintiff, Leonard Robinowitz maintains an office located at 25 Osborne Court, Somerset, NJ. Mr. Robinowitz maintains a fax machine with a telephone number of 732-563-1441. He used to maintain a fax machine with a telephone number of 973-927-3802.

17. Plaintiff, Prime Appraisal Inc., maintains an office located at 199 Main Street, Woodbridge, New Jersey. It maintains a fax machine with a telephone number of 732 636-7474.

18. Plaintiff, Millburn Camera Shop maintains an office located at 345 Millburn Avenue, Millburn, NJ. It maintains a fax machine with a telephone number of 973-376-0941.

19. Plaintiff, Livingston Camera Mart maintains an office located at 37 South Livingston Avenue, Livingston, NJ. It maintains a fax machine with a telephone number of 973-992-0489.

20. Plaintiff, Mercury Appraisal maintains an office located at 285 Morningside Terrace, Teaneck, NJ. It maintains a fax machine with a telephone number of 201-836-4361.

21. Plaintiff, Fresh Associates Corp maintains an office located at 30 Conestoga Trail, Sparta, NJ. It maintains a fax machine with a telephone number of 973-729-4815.

22. Plaintiff, Wizard Printing Corp maintains an office located at Scott Center, 449 Route 23 South, Pompton Plains, NJ. It maintains a fax machine with a telephone number of 973-835-9216.

23. Plaintiff, Dr. Seth Hammer maintains an office located at 7 South Springfield Avenue, Springfield, NJ. Dr. Hammer maintains a fax machine with a telephone number of 908-376-7503.

24. Plaintiff, Branching Out maintains an office located at 681 Newman Springs Road, Lincroft, NJ. Themelius maintains a fax machine with a telephone number of 732-389-3377.

25. Plaintiff, Residential Valuation Specialists maintains an office located at 324 Godwin Ave, Midland Park, NJ. Mr. McConville III maintains a fax machine with a telephone number of 201-444-6063.

26. Plaintiff, Mark Carelli maintains an office located at 697 valley Street, Maplewood, NJ. Mr. Carelli maintains a fax machine with a telephone number of 973-378-3782.

27. Plaintiff, Cooney Bovasso Realty Advisors, Inc maintains an office located at 100 Plaza Center, Secaucus, NJ. Mr. Cooney maintains a fax machine with a telephone number of 201-867-4181.

28. Plaintiff, Cherokee Realty Equities, maintains an office located at Brier Hill, Bldg C, East Brunswick, New Jersey. It maintains a fax machine with a telephone number 732-390-9756.

29. Plaintiff, Certified Valuations maintains an office located at Plaza 447 Route 10, suite 8, Randolph, NJ. It maintains a fax machine with a telephone number 973-361-6854.

30. Plaintiff, Action Fast Print maintains an office located at 105 Newfield Avenue, Edison, NJ. It maintains a fax machine with a telephone number of 732-417-5996.

31. Plaintiff, Bel Air Management Group, maintains an office located at 201 Lower Notch Road, Little Falls, New Jersey. It maintains a fax machine with a telephone number 973-256-2841.

32. Plaintiff, Artcast maintains an office located at 283 Green Street, South Hackensack, NJ. It maintains a fax machine with a telephone number of 201-488-5992.

33. Plaintiff, Gervin Management Vuolo Agency maintains an office located at 1280 Route 46, Parsippany, NJ. It maintains a fax machine with a telephone number of 973-335-0120.

34. Plaintiff, Mark Lefelt maintains an office located at 669 Westwood Avenue, River Vale, NJ. Mr. Lefelt maintains a fax machine with a telephone number of 201-666-9962.

35. Plaintiff, Continental Aero maintains an office located at 530 Bergen Street, Harrison, NJ. It maintains a fax machine with a telephone number of 973-485-6464.

36. Plaintiff, David A Gerson and Associates PC maintains an office located at 16 Arcadia Way, Paramus, NJ. It maintains a fax machine with a telephone number of 201-843-0902.

37. Plaintiff, Shannon Zelma maintains an office located at 114 Fleetwood Road, Dumont, NJ. Mr. Zelma maintains a fax machine with a telephone number of 201-385-3747.

38. Plaintiff, Peter Rychok Agency, maintains an office at 1707 Springfield Avenue, Maplewood, New Jersey, 07040. It maintains a fax machine with a telephone number 973-761-5310.

39. Plaintiff, Fleet Street LTD, maintains an office at 18 Engelhard Avenue, Avenel, New Jersey. It maintains fax machines with a telephone numbers 732-382-7164, 732-382-6623, and 732-382-7393.

40. Plaintiff, Heller Truck Body Corp maintains an office located at 138 US Highway 22, Hillside, NJ. Mr. Novak maintains a fax machine with a telephone number of 973-923-9269.

41. Plaintiff, Richard Weisglass maintains an office located at 35 Charming Drive, Ringwood, NJ. Mr. Weisglass maintains a fax machine with a telephone number of 973-839-9331.

42. Plaintiff, Paragon Appraisal Company maintains an office located at 9-11 Stecher Street, Newark, New Jersey. It maintains a fax machine with a telephone number 973-923-8744.

43. Plaintiff, Saturn Tool & Die Inc maintains an office located at 1064 Commerce Avenue, Union, NJ. Mr. Wilson maintains a fax machine with a telephone number of 908-964-7446.

44. Plaintiff, JSE Media Corporation DBA Minuteman Press, it maintains an office located at 625 Bloomfield Avenue, Bloomfield, NJ. It maintains a fax machine with a telephone number of 973-748-7265.

45. Plaintiff, Sally Bregman maintains an office located at 2115 Milburn Avenue, Maplewood, NJ. Dr. Bregman maintains a fax machine with a telephone number of 973-763-7541.

46. Plaintiff, Brocato's Appraisal Service maintains an office located at 11 Sycamore Road, Clark, New jersey. It maintains a fax machine with a telephone number of 732-396-4562.

47. Plaintiff, Greenberg & Company maintains an office located at 500 Morris Avenue, Springfield, NJ. It maintains a fax machine with a telephone number of 973-467-3184.

48. Plaintiff, A Space Station maintains an office located at 71 Valley Street Suite 105, South Orange, NJ. It maintains a fax machine with a telephone number of 973-761-4014.

49. Plaintiff, Skyl-Tech, Inc maintains an office located at 118 Hidden Trail, North Plainfield, NJ. It maintains a fax machine with a telephone number of 908-561-4827.

50. Plaintiff, CBS International maintains an office located at 117 Mountain Avenue, Middlesex, NJ. It maintains a fax machine with a telephone number of 732-469-9046.

51. Plaintiff, Bederson & Company LLP maintains an office located at 405 Northfield Avenue, West Orange, NJ. It maintains a fax machine with a telephone number of 973-736-8786.

52. Plaintiff, Appraisal Consultants Corp maintains an office located at Suite 200, 293 Eisenhower Parkway, Livingston, NJ. It maintains a fax machine with a telephone number of 973-994-3493.

53. Plaintiff, Preston Funeral Hone, maintains an office located at 153 South Orange Avenue, South Orange, NJ. It maintains a fax machine with a telephone number of 973-762-0735.

54. Plaintiff, Robin Horneff's Performing Arts Center maintains an office located at 4 North Street-Suite 400, Waldwick, NJ. It maintains a fax machine with a telephone number of 201-444-4179.

55. Plaintiff, Jacob A Holle Funeral Home maintains an office located at 2122 Millburn Avenue, Maplewood, NJ. It maintains a fax machine with a

telephone number of 908-598-1285.

56. Plaintiff, The Feldman Agency maintains an office located at 1246 Broad Street, Bloomfield, NJ. It maintains a fax machine with a telephone number of 973-338-7738.

57. Plaintiff, Learning And Computer Institute Inc maintains an office located at 1176 Route 10 West, Randolph, NJ. It maintains a fax machine with a telephone number of 908-598-0887.

58. Defendant, Mutual Benefit Funding is a Nevada Corporation with head offices located at 6 Hutton Center Drive, Ste 1245, Santa Ana, CA 92707.

59. Defendant, Anthony Paduano is the person at Mutual Benefit Funding responsible for sending the faxes.

60. Defendant, ABC Corporation number 1, is an unknown junk fax broadcaster retained by the other defendants to send unsolicited "junk" advertisements to fax machines.

## STATEMENT OF LAW

61. Pursuant to the Telephone Consumer Protection Act, 47 U.S.C. 227(b)(1) (c), it is unlawful for any person within the United States to use any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine.

62. The recipient of an unsolicited advertisement has a private right of action to recover his actual monetary loss, or to receive $500 in damages for each violation, whichever is greater.

63. If the court finds that the defendant's violation was willful or knowing the court may, in its discretion, increase the amount of the award to not more than $1,500 for each violation.

## COUNT ONE
### Unsolicited Commercial Advertisement by Facsimile

64. The defendants sent one or more unsolicited advertisements to the fax machines of the plaintiffs.

## COUNT TWO
## Violation of Federal Regulations Requiring Identification of Sender

65. Plaintiffs reallege and incorporate by reference the allegations contained in the previous paragraphs.

66. It is unlawful for any person within the United States to use a computer or other electronic device to send any message via a telephone facsimile machine unless such message clearly contains, in a margin at the top or bottom of each transmitted page or on the first page of the transmission, the date and the time it is sent and an identification of the business, other entity, or individual sending the message and the telephone number of the sending machine or of such business, other entity, or individual. 47 C.F.R. 68.318 (d).

67. The faxes referred to above violated 47 C.F.R. 68.318(d).

68. A violation of 47 CFR 68.318(d) is also an actionable violation of 47 USC §227 (b)(3).

## COUNT THREE
## Violation of the New Jersey Consumer Fraud Act

69. Plaintiffs reallege and incorporate by reference the allegations contained in the previous paragraphs as though fully set forth.

70. The defendants conduct constitutes an unconscionable commercial practice as that term is defined in N.J.S.A. 56:8-2.

71. As a result of the defendants' conduct the plaintiffs have suffered an ascertainable loss of moneys or property as that term is defined in N.J.S.A. 56:8-19.

## COUNT FOUR
## Injunction

72. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-11 as though fully set forth.

73. 47 U.S.C.A. §227(c)(3)(A) provides that Plaintiff may enjoin Defendant from violating the Statute.

**WHEREFORE**, Plaintiffs pray that this Court enter judgment in the amount of $500.00 per violation and for treble damages as mandated by §227(3)(c) of the Statute on a finding that the transmissions were made willfully or knowingly, for such additional damages as are statutorily mandated and proven by Plaintiffs, for reasonable attorneys fees pursuant to the New Jersey Consumer Fraud Act, for an injunction against further violations of the Telephone Consumer protection Act, for costs expended herein and for such other and further relief as this Court deems just and proper in the circumstances.

Dated: August 17, 2005

Robert D. Blau
Attorney for Plaintiffs

## DESIGNATION OF TRIAL COUNSEL

The plaintiffs designate Robert D. Blau as trial counsel in this matter.

### R.4:5-1 CERTIFICATION

1. Pursuant to R.4:5-1, the undersigned hereby certifies that the matter in controversy is not the subject of any other action pending in any Court or arbitration proceeding and no other Court action or arbitration proceeding is contemplated.

2. There are no other parties who should be joined in this action.

I certify that the foregoing statements made by me are true .I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Robert D. Blau
Attorney for Plaintiffs

Dated: August 17, 2005